FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 19 PM 2: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

ROBERT O. KINCHEN                               CIVIL ACTION
                                                NO. 05-0944

VERSUS

RANDALL STOGNER                                 SECTION M

### ORDER

Before the Court is Defendant's Motion to Dismiss or, Alternatively, for a More Definite Statement, which is opposed by Plaintiff and which came for hearing on July 19, 2006, on the briefs. Upon consideration of the Defendant's Motion, the Plaintiff's Motion for No Objection, and Plaintiff's Notice of A More Definite Statement, as well as the applicable law, the Court grants the Motion to Dismiss. Plaintiff has failed to allege any action by Defendant Randall Stogner, which, even if proven true, would give rise to a Constitutional violation or defeat a Stogner's defense of qualified immunity. See FRCP 12(b)(6).

Accordingly, Defendant's Motion to Dismiss is **GRANTED**.

New Orleans, Louisiana, this 19TH day of July, 2006.

_____
Peter Beer
United States District Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____